██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN FURTICK, Also Known as PAUL WINSTON, Also Known as PAUL FURTICK, Appellant. [29 NYS3d 208]—Appeal from a judgment of the Monroe County Court (Melchor E. Castro, A.J.), rendered April 19, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily, and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Carni, Lindley, Curran and Troutman, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALDEN FULLER, Respondent. [29 NYS3d 209]—Appeal from an order of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), dated February 6, 2015. The order granted the motion of defendant to dismiss an indictment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 4 and 8, 2016,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Carni, Lindley, Curran and Troutman, JJ.